ANNA RISPLER et al., Appellants, v. CALEDONIAN HOSPITAL OF THE CITY OF NEW YORK, Defendant, and INTER-COUNTY BLOOD BANKS, INC., Respondent. — Plaintiffs appeal from an order, made on reargument, granting their motion for discovery and inspection in respect of a blood donation, but excluding therefrom the names of the donor or his nurse. Order, insofar as appeal is taken, affirmed, with $10 costs and disbursements; the examination, discovery and inspection, if not already had, to proceed on five days' notice. No opinion. Nolan, P. J., Adel, Wenzel, Schmidt and Beldock, JJ., concur.

MAGNUS STENDER, Respondent, v. G. S. BLODGETT Co., INC., Appellant.— Defendant, a foreign corporation, appearing specially, moved to vacate and set aside the service of the summons on the grounds that the corporation is not doing business in this State sufficient to render it amenable to suit and that service was not effected on a person described in subdivisions 1 and 3 of section 229 of the Civil Practice Act. Special Term made an order referring the matter to an Official Referee to hear and report. At the hearing the parties stipulated that the Official Referee hear and determine the motion. The Official Referee denied the motion and defendant appeals. Order affirmed, with $10 costs and disbursements. The defendant may appear generally within twenty days after the entry of the order hereon. No opinion. Nolan. P. J., Adel, Wenzel, Schmidt and Beldock, JJ., concur. [See 283 App. Div. 671.]